RECEIVED JUN 1 0 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04 - CV - 0997 -MSK- MJW

WALTER FRED ROBERTS,

Plaintiff,

vs.

SUSTAINABLE BUILDINGS INDUSTRY COUNCIL, INC. and
STEVEN WINTER ASSOCIATES, INC.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2005

GREGORY C. LANGHAM
CLERK

---

## PERMANENT INJUNCTION

---

THIS MATTER having come before the Court upon the parties' Stipulated Motion for Entry of Permanent Injunction, and the Court, being fully advised in the premises and having found good cause therefor,

HEREBY ORDERS pursuant to Fed.R.Civ.P. 65(d) that the Defendants Sustainable Buildings Industry Council, Inc. and Steven Winter Associates, Inc. are permanently enjoined from knowingly selling, distributing, advertising or offering for sale or disribution, publicly displaying or copying the BuilderGuide for Windows software or User Manual without the Plaintiff's express written permission.

This permanent injunction shall be binding upon Defendants Sustainable Buildings Industry Council, Inc. and Steven Winter Associates, Inc., their officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with the Defendants who receive actual notice of the Order by personal service or otherwise.

DATED this _____ day of _____, 2005.

BY THE COURT:

_____
Marcia Krieger
United States District Judge