RECEIVED JUN 1 0 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04 - CV - 0997 -MSK- MJW

WALTER FRED ROBERTS,

Plaintiff,

vs.

SUSTAINABLE BUILDINGS INDUSTRY COUNCIL, INC. and
STEVEN WINTER ASSOCIATES, INC.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2005

GREGORY C. LANGHAM
CLERK

### ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties's Stipulated Motion for Dismissal With Prejudice, and the Court, being fully advised in the premises and having found good cause therefor,

HEREBY ORDERS that the Stipulated Motion is granted, and that the Plaintiff's Complaint against the Defendants is hereby dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

DATED this 21st day of June, 2005.

BY THE COURT:

Marcia Krieger
United States District Judge